# Third District Court of Appeal

## State of Florida

Opinion filed June 23, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0051
Lower Tribunal No. 08-1274
_____

**Violette Fields, etc.,**
Appellant/Cross-Appellee,

vs.

**R.J. Reynolds Tobacco Company, et al.,**
Appellees/Cross-Appellants.

An Appeal from the Circuit Court for Miami-Dade County, Jacqueline Hogan Scola, Judge.

Eaton & Wolk, PL, and Douglas F. Eaton, for appellant/cross-appellee.

King & Spalding LLP, and Scott M. Edson (Washington, DC); Arnold & Porter Kaye Scholer LLP, and Geoffrey J. Michael (Washington, DC), for appellees/cross-appellants.

Before FERNANDEZ, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Companioni v. City of Tampa, 51 So. 3d 452, 454 (Fla. 2010) (holding that absent a motion for a mistrial made contemporaneously with an objection, the conduct is subject to fundamental error analysis); see also Murphy v. Int'l Robotic Sys., Inc., 766 So. 2d 1010, 1028-31 (Fla. 2000) (explaining that to establish fundamental error, the complained-of issue must be improper, harmful, incurable, and the party "must also establish that the argument so damaged the fairness of the trial that the public's interest in our system of justice requires a new trial").